UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

KALOYAN ANGUELOV, for himself
and on behalf of those similarly
situated

      Plaintiff,

v.                                        Case No: 2:16-cv-273-FtM-99CM

EVENT PARKING, INC. and
KENNETH BENSON,

      Defendants.
_____

## ORDER

Before the Court is Plaintiff's Unopposed Motion for Extension of Time to Meet and Prepare Case Management Report (Doc. 13), filed on May 24, 2016. For the reasons set forth below, Plaintiff's motion is denied as moot.

Plaintiff seeks an extension of time to meet and file the Case Management Report. Doc. 13. As indicated by Plaintiff, however, in FLSA cases, the Court generally will issue an FLSA Scheduling Order, making the preparation of the Case Management Report premature. The Court agrees. Additionally, since the filing of this motion, an FLSA Scheduling Order has been issued. Accordingly, those deadlines govern at this time, and presently no Case Management Report is necessary.

ACCORDINGLY, it is hereby

**ORDERED:**

Plaintiff's Unopposed Motion for Extension of Time to Meet and Prepare Case Management Report (Doc. 13) is **DENIED as moot**.

**DONE** and **ORDERED** in Fort Myers, Florida on this 26th day of May, 2016.

CAROL MIRANDO
United States Magistrate Judge

Copies:
Counsel of record