UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

KALOYAN    ANGUELOV,    for
himself  and  on  behalf  of
those similarly situated,

      Plaintiff,

v.                              Case No: 2:16-cv-273-FtM-99CM

EVENT    PARKING,    INC.,   a
Florida  profit  corporation
and    KENNETH    BENSON,
individually,

      Defendants.

_____

### OPINION AND ORDER

This  matter  is  before  the  Court  on  consideration  of  the
Magistrate  Judge's  Report  and  Recommendation  (Doc.  #37),  filed
December 28, 2016, recommending that a Clerk's Default be entered
against  both  defendants.   No  objections  have  been  filed  and  the
time to do so has expired.

After conducting a careful and complete review of the findings
and recommendations, a district judge may accept, reject or modify
the  magistrate  judge's  report  and  recommendation.   28  U.S.C.  §
636(b)(1); Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982),
cert. denied, 459 U.S. 1112 (1983).  In the absence of specific
objections, there is no requirement that a district judge review
factual findings de novo, Garvey v. Vaughn, 993 F.2d 776, 779 n.9
(11th Cir. 1993), and the court may accept, reject or modify, in

whole or in part, the findings and recommendations. 28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions *de novo*, even in the absence of an objection. See <u>Cooper-Houston v. Southern Ry. Co.</u>, 37 F.3d 603, 604 (11th Cir. 1994); <u>Castro Bobadilla v. Reno</u>, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), <u>aff'd</u>, 28 F.3d 116 (11th Cir. 1994) (Table).

After the withdrawal of counsel, the Magistrate Judge provided an extension of time for defendants to comply with the August 1, 2016 Order (Doc. #27) permitting the withdrawal by filing an appearance (Kenneth Benson) and by appearing through new counsel (Event Parking, Inc.). (Doc. #34.) On November 29, 2016, finding no appearances by defendants, the Magistrate Judge issued an Order to show cause. (Doc. #35.) Finding no response or appearance, the Report and Recommendation was issued. After conducting an independent examination of the file and upon due consideration of the Report and Recommendation, the Court accepts the Report and Recommendation of the magistrate judge, and will further strike the Amended Answer and Defenses (Doc. #17) filed by counsel prior to withdrawal.

Accordingly, it is now

**ORDERED:**

1. The Report and Recommendation (Doc. #37) is hereby **adopted** and the findings incorporated herein.

2.   Defendants' Amended Answer and Defenses (Doc. #17) are hereby **stricken.**   The Clerk shall make a notation on the docket and enter a default against defendants Event Parking, Inc. and Kenneth Benson.

3.   Plaintiff shall file a motion for default judgment within **FOURTEEN (14) DAYS** of this Order.

**DONE and ORDERED** at Fort Myers, Florida, this ___17th___ day of January, 2017.

JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies:
Hon. Carol Mirando
United States Magistrate Judge

Counsel of Record
Unrepresented parties