UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

KALOYAN ANGUELOV, for
himself and on behalf of
those similarly situated,

    Plaintiff,

v.                        Case No: 2:16-cv-273-FtM-29CM

EVENT PARKING, INC., a
Florida profit corporation
and KENNETH BENSON,
individually,

    Defendants.

_____

**OPINION AND ORDER**

This matter is before the Court on consideration of the Magistrate Judge's Report and Recommendation (Doc. #63), filed January 17, 2018, recommending that plaintiffs'[1] Unopposed Motion to Approve Settlement Agreement and Stipulation for Dismissal With Prejudice (Doc. #62) be granted, and the case be dismissed. No objections have been filed and the time to do so has expired.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983). In the absence of specific

---

[1] Nikolay Korichkov joined the case as an opt-in plaintiff. (Doc. #6.)

objections, there is no requirement that a district judge review factual findings *de novo*, Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendations, 28 U.S.C. § 636(b)(1). The district judge reviews legal conclusions *de novo*, even in the absence of an objection. See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994) (Table).

Plaintiffs entered into a Settlement Agreement and Release of Claims for Unpaid Wages (Doc. #62-1) with the defaulted parties. The Magistrate Judge recommends that the settlement agreement is fair and reasonable, and that it was reached separately from the issue of attorney's fees. After conducting an independent examination of the file and upon due consideration of the Report and Recommendation, the Court accepts the Report and Recommendation of the magistrate judge.

Accordingly, it is now

**ORDERED:**

1. The Report and Recommendation (Doc. #63) is hereby **adopted** and the findings **incorporated** herein.

2. Plaintiffs' Unopposed Motion to Approve Settlement Agreement and Stipulation for Dismissal With Prejudice (Doc. #62) is **granted** and the Settlement Agreement and Release of Claims for

Unpaid Wages (Doc. #62-1) is **approved** as a fair and reasonable resolution of a bona fide dispute.

3. The Clerk shall enter judgment **dismissing** the case with prejudice, terminate all deadlines and motions, and close the file.

**DONE and ORDERED** at Fort Myers, Florida, this __1st__ day of February, 2018.

JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies:
Hon. Carol Mirando
United States Magistrate Judge

Counsel of Record
Unrepresented parties